IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Application of:<br><br>THE REPUBLIC OF EL SALVADOR<br><br>Applicant. | Case No. _____<br><br>**AFFIDAVIT OF G. RICHARD DODGE, JR. IN SUPPORT OF THE APPLICATION OF THE REPUBLIC OF EL SALVADOR FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782** |

WASHINGTON              )
                        )  ss.:
DISTRICT OF COLUMBIA    )

G. RICHARD DODGE, JR., being duly sworn, states as follows:

1. I am a partner of the law firm of Dewey & LeBoeuf LLP, counsel to applicant The Republic of El Salvador. I submit this affidavit in support of The Republic of El Salvador's Application for Discovery Pursuant to 28 U.S.C. § 1782. I have personal knowledge of the matters set forth in this affidavit.

2. On April 27, 2011, I spoke with Stephen Zeiters of Verizon Legal Compliance concerning our firm's request for a record of incoming calls placed to Dewey & LeBoeuf attorney Luis Parada at Verizon DID (202-986-8198) at 1101 New York Avenue, NW, Washington DC 20005 USA (BTN 202-986-8000) from October 30, 2007 through January 31, 2008.

3. I was informed that Verizon does not voluntarily search for and produce a customer's record on in-coming calls, including my firm's in-coming call records. I was further informed that in order to obtain a copy of a record of my firm's in-coming calls Verizon had to be served with a subpoena. I was also told that even if a subpoena is served on Verizon for a

record of my firm's incoming calls that Verizon would charge $150.00 for every three days of incoming call records sought and $1000.00 for every month of records sought before producing those records to my firm.

4. I was instructed to address and serve the subpoena on Verizon c/o CT Corporations, 1015 15th St., NW, Suite 1000, Washington, DC 20005. I was informed that CT Corporations was authorized to accept service of subpoenas on Verizon in Washington, DC.

5. Attached hereto as Exhibit A is a true and correct copy of the Witness Statement of Luis Alberto Parada dated March 14, 2011.

6. Attached hereto as Exhibit B is a true and correct copy of a letter from Theodore R. Posner of Crowell Moring, counsel to Pac Rim Cayman LLC, to the International Centre for Settlement of Investment Disputes panel, namely V.V. Veedere, Q.C., Dr. Quido Santiago Tawil and Professor Brigitte Stern, dated March 14, 2011.

7. Attached hereto as Exhibit C is a true and correct copy of Procedural Order No. 9 of the International Centre for Settlement of Investment Disputes in connection with the arbitration between Pac Rim Cayman LLC v. The Republic of El Salvador dated March 31, 2011.

8. Attached hereto as Exhibit D is a true and correct copy of Procedural Order No. 10 of the International Centre for Settlement of Investment Disputes in connection with the arbitration between Pac Rim Cayman LLC v. The Republic of El Salvador dated April 28, 2011.

_____
G. Richard Dodge, Jr.

Sworn to before me this
29th day of April, 2011

_____
Notary Public

DEBORAH ANN JOHNSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 30, 2012