# EXHIBIT A

# INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES

| | |
|---|---|
| **Pac Rim Cayman LLC** ) | |
| ) | |
| **Claimant,** ) | |
| ) | |
| **v.** ) | **ICSID Case No. ARB/09/12** |
| ) | |
| **The Republic of El Salvador** ) | |
| ) | |
| **Respondent.** ) | |

## <u>WITNESS STATEMENT OF LUIS ALBERTO PARADA</u>

**March 14, 2011**

1.      My name is Luis Alberto Parada.  I am an attorney with the law firm of Dewey &
LeBoeuf, working on the representation of the Republic of El Salvador in the international
arbitration initiated by Pac Rim Cayman against the Republic, ICSID Case Number ARB/09/12.

2.      The Claimant has asserted in this arbitration that its change of nationality from the
Cayman Islands to the United States of December 13, 2007 had nothing to do with an intention
to gain CAFTA and ICSID jurisdiction over an existing dispute.  Claimant has also asserted that
no one in Pacific Rim Mining Corp. knew or could have known that there was a dispute until
after they read a March 11, 2008 newspaper article reporting on a statement by President Saca.
For example, Mr. Thomas Shrake, President of Pacific Rim Mining Corp., asserts in his
December 31, 2010 witness statement that "[i]t was only after President Saca's announcement of
a *de facto* mining ban in March 2008 that we began to believe that a dispute with the
Government was a real possibility."[1]

3.      I am providing this witness statement because I have personal knowledge about
this subject, based on the information I received during two meetings with counsel for Claimant
in November and December 2007, before Pac Rim Cayman's change of nationality.

4.      On October 30, 2007, I received a telephone call from a legal recruiter that had
been asked by the law firm of Crowell & Moring to find a senior attorney for its international
arbitration practice.  That telephone call was followed the next day by an email with information
about Crowell & Moring's international arbitration practice and its attorneys.[2]  Although I
informed the legal recruiter that I was not contemplating changing employment, I agreed to
speak to attorneys in Crowell & Moring's International Arbitration Group.[3]

5.      As a result of this contact initiated by a legal recruiter on behalf of Crowell &
Morning, I had a round of interviews at the Washington, D.C. offices of Crowell & Moring, on

---

[1] Shrake Witness Statement, para. 11.
[2] *See* e-mail dated October 30, 2007 (attached as Annex A).
[3] *See* e-mail dated November 1, 2007 (attached as Annex B).

or about November 27, 2007, meeting with, among others, Mr. Arif Ali and Mr. Alexandre de Gramont, counsel for Claimant in this arbitration.

6.      During our first meeting, Mr. Ali and Mr. de Gramont explained that they were trying to resolve a mining dispute in El Salvador, and that if El Salvador did not grant the concession, they would start ICSID arbitration against El Salvador. I was aware of the issue through the Salvadoran press, but learned from Mr. Ali and Mr. de Gramont of the intention to seek ICSID arbitration.

7.      A few days later, Mr. de Gramont called and invited me to a follow-up breakfast meeting with Mr. Ali. I accepted the invitation and met with Mr. Ali and Mr. de Gramont for breakfast at the Les Halles restaurant in Washington, D.C. on December 7, 2007. Mr. Ali again referred to the mining dispute with El Salvador. Mr. Ali again said that they would initiate ICSID arbitration if El Salvador did not grant the concession, and he mentioned that the arbitration would be under CAFTA. Mr. Ali also mentioned that he had been present at a meeting with President Saca during President Saca's official visit to Washington, D.C. one week earlier.

8.      In the two meetings I had with Crowell & Moring, Mr. Ali invited me to join their international arbitration team. Mr. de Gramont called me again in mid-January to invite me to join their team. I informed Mr. de Gramont in person, during an international arbitration conference in New York on February 1, 2008, that I was not the person they needed for their team.

9.      Taking into account that I did not have any duty of confidentiality regarding the information that Mr. Ali and Mr. de Gramont chose to share with me about the potential arbitration against El Salvador, and considering my close ties to El Salvador, of which both Mr. Ali and Mr. de Gramont were fully aware, I sent an e-mail to a diplomat at the Embassy of El Salvador on March 7, 2008, requesting the contact information for the Attorney General of El Salvador, in order to inform the Attorney General about the potential ICSID arbitration and offer

the professional services of my law firm to represent El Salvador. I received the contact information for the Attorney General that same day.[4]

10.     Also on that same day, March 7, 2008, I sent an email to the administrative assistant to the Attorney General, requesting a meeting with the Attorney General during a planned trip to El Salvador the following week. In that e-mail, I mentioned that I wanted to discuss with the Attorney General a potential ICSID arbitration against El Salvador.[5] The Attorney General responded that unfortunately he would be on a trip out of the country during the dates I contemplated being in El Salvador, and so we were unable to meet.[6] I wrote to the Attorney General again on April 8, 2008, reaffirming my interest to meet with him to discuss the potential ICSID arbitration against El Salvador under CAFTA.[7] These initial contacts eventually resulted in El Salvador's decision to hire Dewey & LeBoeuf as counsel in this arbitration.

11.     These communications and admissions by Claimant's counsel illustrate the state of affairs with respect to the dispute at issue before Pac Rim Cayman's nationality was changed to the United States on December 13, 2007. My first meeting with Mr. Ali and Mr. de Gramont took place on November 27, 2007, one week before the board of Directors of Pacific Rim Mining Corp. voted to change the nationality of Pac Rim Cayman. My second meeting with Mr. Ali and Mr. de Gramont took place on December 7, 2007, six days before Pac Rim Cayman became a United States company and could have access to ICSID arbitration and be protected under CAFTA. Finally, my first e-mail communication to the Attorney General of El Salvador, requesting a meeting to inform him about the potential ICSID arbitration against El Salvador, was sent on March 7, 2008, four days before the publication of the newspaper article of March 11, 2008, which Claimant argues was the first indication that it might have a dispute with El Salvador.

---

[4] *See* e-mails dated March 7, 2008 (attached as Annex C).
[5] *See* e-mail dated March 7, 2008 (attached as Annex D).
[6] *See* e-mail dated March 7, 2008 (attached as Annex E).
[7] *See* e-mail dated April 8, 2008 (attached as Annex F).

I solemnly declare upon my honor and conscience that this statement is true.

Dated: March 14, 2011

Luis Alberto Parada

# Annex A

Subj:     **International Arbitration Practice at Crowell & Moring**
Date:     10/30/2007 10:49:46 A.M. Eastern Standard Time
From:     alyson@ntrecruiting.com
To:       luisparada@aol.com

Luis,

Thank you for taking the time to learn more about Crowell & Moring's international litigation and arbitration practice.   Below please find general information about the firm as well as links to partner biographies.  I hope that this e-mail is helpful.  Please do not hesitate to ask if you have any questions.

**Practice overview:**

http://www.crowell.com/PracticeAreas/PracticeArea.aspx?id=78

http://www.crowell.com/PracticeAreas/PracticeArea.aspx?id=88

**From Chambers & Partners:**

**Crowell & Moring LLP**

**The Firm:** A new entry to the tables, Crowell won plaudits for its strong work in international investment and treaty arbitration, the primary focus of the firm's Washington, DC-based practice. The team here has much experience in the representation of both governments and investors in treaty claims, and is currently representing a Cypriot investment firm in a gargantuan $10.1 billion expropriation claim brought under the Energy Charter Treaty against the Republic of Turkey. Other pending cases include the representation of a Canadian mining company in its $50 million NAFTA expropriation case against the USA under the Additional Facility Rules at ICSID.
**The Lawyers:** Stuart Newberger leads a group that emphasizes the importance of team-building over a star culture, though several interviewees singled out **Alexandre de Gramont** as an "*impressive and energetic individual, who instinctively thinks in international terms* ." They've recently been joined by **Arif Ali** from Fulbright, who now cochairs the group. Possessed of "*diamond pedigree* ," he has an "*intuitive sense for advocacy and a seemingly inexhaustible passion for the subject of arbitration* ." He also draws particular acclaim for his "*unique case preparation methods, which are the best and most rigorous in the field* ."

**Biographies:**

Arif Hyder Ali
http://www.crowell.com/Professionals/Arif-Ali

Stu Newberger
http://www.crowell.com/Professionals/Stuart-Newberger

Alexandre de Gramon
http://www.crowell.com/Professionals/Alexandre-de-Gramont

Laurel Malson
http://www.crowell.com/Professionals/Laurel-Pyke-Malson

                            *                    *                    *

About me, in brief, I graduated from Chicago in 1998.  I worked as a litigation associate at a large firm and then at a litigation boutique before making the switch to legal recruiting.  I've been a legal recruiter for over four years. My firm's webpage can be found at www.ntrecruiting.com.

Thanks again for your time and attention.  I hope you found Crowell interesting and worth further exploration.  I look forward to speaking with you again soon.

Regards,

Alyson

---

**Alyson Todd, Esq.**
**Managing Director**

**1850 M Street NW, Suite 610**
**Washington, DC 20036**

t: **202-775-0457**
f: **202-775-0458**
e: **alyson@ntrecruiting.com**
w: **www.ntrecruiting.com**



---

*This email message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (202) 775-0457 and delete this e-mail message from your computer. Thank you.*

# Annex B

Subj:     **Re: International Arbitration Practice at Crowell & Moring**
Date:     11/1/2007
To:       alyson@ntrecruiting.com

Alyson:

Thank you very much for the information about Crowell and its partners.

Although I am not looking to change jobs at this point, It might be worthwhile to talk and find out more information.

I could call you today or tomorrow.  I will be in a conference almost all day today except for the early morning before 10:30 a.m., and then after 5:30 p.m.  I am available to call you at any time tomorrow.  I will be traveling to Houston for 2 weeks after that, and my schedule will become a little more unpredictable.

Thanks.

Luis

# Annex C

## Parada, Luis

**From:**     Parada, Luis
**Sent:**     Friday, March 07, 2008 11:50 AM
**To:**       'laparicio@elsalvador.org'
**Subject:** Pregunta

Luis:

Deseo tratar de concertar una reunión con el Fiscal General.  ¿Me puedes hacer el favor de conseguir el número de teléfono del despacho?

Muchas gracias.

Luis

--------------------------------------------------------

Luis Parada
Associate
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
Direct: +1 202 986 8198
General: +1 202 986 8000
Fax: +1 202 956 3275
lparada@dl.com
www.dl.com

## Parada, Luis

**From:**     laparicio@elsalvador.org
**Sent:**     Friday, March 07, 2008 11:53 AM
**To:**        Parada, Luis
**Subject:** Re: Pregunta

Fiscalia General de la Reupblica Tel (503) 2528-6000

Asistente Sr. Fiscal: igvalencia@fgr.gob.sv

Fax (503) 2249-8613

Luis Aparicio | Embassy of El Salvador | 1400 16th Street, NW, Suite 100, Washington, DC 20036 | (t) 202-595-7516 | (f) 866-656-2915 |
laparicio@elsalvador.org | www.elsalvador.org

# FULL TRANSLATION

**TRANSLATION**

## Parada, Luis

---

| | |
|---|---|
| **From:** | Parada, Luis |
| **Sent:** | Friday, March 07, 2008 11:50 AM |
| **To:** | 'laparicio@elsalvador.org' |
| **Subject:** | Question |

Luis,

I would like to try to schedule a meeting with the Attorney General.  Could you please get me his office telephone number?

Thank you very much,

Luis

---------------------------------------------
Luis Parada
Associate
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
Direct: +1 202 986 8198
General: +1 202 986 8000
Fax: +1 202 956 3275
lparada@dl.com
www.dl.com

**TRANSLATION**

**Parada, Luis**

---

**From:**     laparicio@elsalvador.org
**Sent:**      Friday, March 07, 2008 11:53 AM
**To:**        Parada, Luis
**Subject:**   Re: Question

Office of the Attorney General of the Republic Tel (503) 2528-6000
Assistant to the Attorney General: igvalencia@fgr.gob.sv
Fax (503) 2249-8613

Luis Aparicio | Embassy of El Salvador | 1400 16th Street, NW, Suite 100, Washington, DC 20036 | (t) 202-595-7516 | (f) 866-656-2915
laparicio@elsalvador.org | www.elsalvador.org

---

# Annex D

**Parada, Luis**

| | |
|---|---|
| **From:** | Parada, Luis |
| **Sent:** | Friday, March 07, 2008 12:57 PM |
| **To:** | 'igvalencia@fgr.gob.sv' |
| **Cc:** | Parada, Luis |
| **Subject:** | Solicitud de audiencia con el Sr. Fiscal General |

**Attachments:** Luis A Parada.doc

Estimada Señora Valencia:

Fue un placer conversar con usted hace unos minutos.  Como le manifesté, mi nombre es Luis Parada y soy abogado del bufete Dewey & LeBoeuf, uno de los bufetes más grandes de los Estados Unidos.  Me dedico a casos de derecho internacional público y arbitraje internacional.  Anteriormente trabajé en el bufete Arnold & Porter, donde tuve el privilegio de participar activamente en nuestra selección como abogados de la Fiscalía General de la República de El Salvador en el caso ante el CIADI interpuesto por Inceysa Vallisoletana.  Tuve el privilegio de ser quien concibió la idea y propuso el argumento legal que eventualmente resultó en la importante victoria para El Salvador.  Desafortunadamente me cambié de bufete a mediados del caso y no pude conocer al Sr. Fiscal General Safie ni ver de cerca el resultado de mis esfuerzos. Soy de origen salvadoreño y por eso me dio mucha satisfacción haber trabajado en ese caso, que se está convirtiendo en un precedente muy citado pues fue la primera vez en la historia del CIADI que ese argumento fue utilizado en un arbitraje, y más aún con éxito.

El motivo de este mensaje es consultarle sobre la posibilidad de reunirme con el Sr. Fiscal General durante el viaje que estoy planificando a El Salvador para la próxima semana, con ocasión de asistir a la condecoración que el Sr. Presidente de la República va a otorgar de don Miguel Angel Salaverría, quien fue mi jefe por más de cuatro años en la Embajada de El Salvador en Washington, así como en el Ministerio de Relaciones Exteriores. La ceremonia va a tene rlugar en Casa Presidencial el viernes 14 de marzo.

El propósito de mi reunión con el Sr. Fiscal General es poner a nuestro bufete a sus órdenes en términos generales, y específicamente poner al Sr. Fiscal General al tanto de una posible disputa internacional que se está generando en estos momen y que podría resultar en un arbitraje internacional contra El Salvador ante el CIADI.

Mis planes actuales son llegar a El Salvador el miércoles 12 de marzo y regresar el domingo 16, pero podría ajustar estas fechas si fuese necesario.

Adjunto un breve documento con información sobre mi persona, para referencia del Sr. Fiscal General.

Atentamente,

Luis Parada

-----------------------------------------------------------
Luis Parada
Associate
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
Direct: +1 202 986 8198
General: +1 202 986 8000
Fax: +1 202 956 3275
lparada@dl.com
www.dl.com

# FULL TRANSLATION

**TRANSLATION**

**Parada, Luis**

---

**From:**      Luis Parada
**Sent:**      Friday, March 07, 2008 12:57 PM
**To:**        'igvalencia@fgr.gov.sv'
**Cc:**        Parada, Luis
**Subject:**   Request for meeting with the Attorney General
**Attachments:**  Luis A Parada.doc

Dear Ms. Valencia,

It was a pleasure speaking with you a few moments ago.  As I mentioned, my name is Luis Parada and I am an attorney with Dewey & LeBoeuf, one of the largest law firms in the United States.  My focus is on public international law and international arbitration cases.  I previously worked at the firm Arnold & Porter, where I had the privilege of being an active participant in our selection as the attorneys for the Attorney General's Office of the Republic of El Salvador in the ICSID case brought by Inceysa Vallisoletana.  I was honored to have conceived and proposed the legal argument that eventually resulted in an important victory for El Salvador.  Unfortunately, I changed firms in the middle of the case and didn't have the opportunity to meet Attorney General Safie or witness the results of my efforts up close.  I am from El Salvador so it was very gratifying to have worked on that case, which is becoming a frequently-cited precedent, given that it was the first time in ICSID history that such argument was used in an arbitration, and not least of all, with success.

I am writing this message to inquire about the possibility of meeting with the Attorney General during a trip I am planning to El Salvador next week.  I will be attending the ceremony led by President of the Republic to present an award to Mr. Miguel Angel Salaverría, who was my boss for over four years at the Embassy of El Salvador in Washington, as well as at the Ministry of Foreign Affairs.  The ceremony will take place at the Presidential House on Friday, March 14th.

The purpose of my meeting with the Attorney General is to offer the services of our firm, generally, and specifically, to update the Attorney General on a possible international dispute in the making at this time that may result in an international ICSID arbitration against El Salvador.

My current plan is to arrive in El Salvador on Wednesday, March 12th, and return on Sunday the 16th, but I can adjust these dates if necessary.

For the Attorney General's reference, I am attaching a brief document containing information about myself.

Sincerely,

Luis Parada

-------------------------------------------
Luis Parada
Associate
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
Direct: +1 202 986 8198
General: +1 202 986 8000
Fax: +1 202 956 3275
lparada@dl.com
www.dl.com

# Annex E

## Parada, Luis

| | |
|---|---|
| **From:** | Félix Garrid Safie Parada [fgsafie@fgr.gob.sv] |
| **Sent:** | Friday, March 07, 2008 3:22 PM |
| **To:** | Parada, Luis |
| **Subject:** | saludo |

Estimado Señor Parada:

Mi Asistente Irene Valencia me ha trasladado su comunicación en la que nos informa sobre la visita a El Salvador y su interés en conversar con este servidor.
Realmente me llena de satisfacción conocer casos de éxito de personas de origen salvadoreño que, como Usted, se encuentren en posiciones de éxito. Con mucho agrado acepto el honor de conversar con Usted.
Lamentablemente, tengo previsto salir del país precisamente el día miércoles 12 y planeo regresar el lunes 17, ojala y fuera posible coincidir con esa situación. Si en esta oportunidad no fuere posible, igualmente me gustaría conocer de su Firma y encontrar otra oportunidad para poder saludarle.
Reciba Ud un cordial saludo

**NOTA CONFIDENCIAL:** La información contenida en este correo-electrónico originado en la FISCALÍA GENERAL DE LA REPÚBLICA DE EL SALVADOR, C.A. es confidencial y sólo puede ser utilizada por la persona, entidad o compañía a la cual está dirigido. Si no es el destinatario autorizado, cualquier retención, difusión, distribución o copia total o parcial de este mensaje es prohibida y será sancionada por la ley. Si por error recibe este mensaje, favor reenviarlo a su remitente y borrarlo inmediatamente.

**CONFIDENTIAL NOTE:** The information in this E-mail originated in FISCALIA GENERAL DE LA REPUBLICA DE EL SALVADOR, CENTRAL AMERICA, is intended to be confidential and only for use of the individual, entity or company to whom it is addressed. If you are not the intended recipient, any total o partial retention, dissemination, distribution or copying of this message is strictly prohibited and sanctioned by law. If you receive this message in error, please immediately send it back and delete the message received.

# FULL TRANSLATION

**TRANSLATION**

**Parada, Luis**

_____

| | |
|---|---|
| **From:** | Félix Garrid Safie Parada [fgsafie@fgr.gob.sv] |
| **Sent:** | Friday, March 07, 2008 3:22 PM |
| **To:** | Luis Parada |
| **Subject:** | hello |

Dear Mr. Parada,

My assistant, Irene Valencia, passed on your message informing us of your visit to El Salvador and your interest in speaking with me.
It is truly gratifying to hear of the successes of people from El Salvador, like you, who are in successful positions.  I would welcome the honor of speaking with you.
Unfortunately, I am scheduled to leave the country precisely on Wednesday the 12th, and plan to return on Monday the 17th.  I would like to still meet up despite this.  In the event that it isn't possible this time, I would still like to learn about your Firm and find another opportunity to be able to meet you.
Kind regards

**CONFIDENTIAL NOTE:**  The information in this E-mail originated in THE ATTORNEY GENERAL'S OFFICE OF THE REPUBLIC OF EL SALVADOR, CENTRAL AMERICA, is intended to be confidential and only for use of the individual, entity or company to whom it is addressed.  If you are not the intended recipient, any total or partial retention, dissemination, distribution or copying of this message is strictly prohibited and sanctioned by law.  If you receive this message in error, please immediately send it back and delete the message received.

# Annex F

## Parada, Luis

| | |
|---|---|
| **From:** | Parada, Luis |
| **Sent:** | Tuesday, April 08, 2008 7:47 PM |
| **To:** | 'Félix Garrid Safie Parada' |
| **Subject:** | Reunión en San Salvador |

**Attachments:** Derek Smith's biographical information.rtf; Luis Parada's biographical information.doc

Estimado Licenciado Safie:

Por favor reciba un cordial saludo.  Como le mencioné antes de Semana Santa, a mi jefe (Derek Smith) y a mí nos daría mucho gusto poder reunirnos con usted brevemente para presentarnos, ponernos a sus órdenes en cualquier asunto futuro relacionado a arbitraje internacional, y específicamente mencionarle un área en que podría estarse planteando un arbitraje contra la República de El Salvador ante el CIADI bajo el mecanismo del CAFTA.  Asimismo, podemos conversar sobre la posibilidad de sostener en el futuro un intercambio de ideas y compartir nuestros conocimientos sobre arbitraje internacional con abogados de la Fiscalía que estén interesados en el tema y que podrían colaborar en la defensa de El Salvador en un eventual caso futuro de arbitraje internacional.

Con el propósito de planificar esta reunión, atentamente deseo consultarle su disponibilidad para reunirnos en los próximos días.  En principio podría sugerir un día al final de la próxima semana, por ejemplo el viernes 18 de abril, como una posibilidad.  Si esta fecha no es factible, podemos coordinar la mejor fecha al conocer su disponibilidad.

Adjunto para su referencia breves datos biográficos sobre Derek Smith y su servidor.

Atentamente,

Luis Parada

---------------------------------------------------------

Luis Parada
Associate
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
Direct: +1 202 986 8198
General: +1 202 986 8000
Fax: +1 202 956 3275
lparada@dl.com
www.dl.com

# FULL TRANSLATION

**TRANSLATION**

## Parada, Luis

---

**From:**        Luis Parada
**Sent:**        Tuesday, April 08, 2008 7:47 PM
**To:**          'Félix Garrid Safie Parada'
**Subject:**     Meeting in San Salvador
**Attachments:**  Derek Smith's biographical information.rtf; Luis Parada's biographical information.doc

Dear Mr. Safie,

I send you my best regards.  As I mentioned to you prior to Easter week, it would be a pleasure for my boss (Derek Smith) and me to meet with you briefly to introduce ourselves, offer you our services in any future matter related to international arbitration, and specifically, to discuss an area in which an ICSID arbitration against the Republic of El Salvador might be initiated under the CAFTA framework.  Also, we would like to talk about the possibility of arranging a future meeting to exchange ideas and to share our knowledge of international arbitration with attorneys from the Attorney General's Office who may be interested in this topic and could participate in the defense of El Salvador in an eventual international arbitration case.

I would like to discuss your availability to meet in the next few days in order to plan that meeting.  To start, I could suggest as a possibility a day at the end of next week, for instance Friday, April 18th.  If this date isn't possible, we can coordinate a better date once we know your availability.

Please find attached for your reference some brief biographical information about Derek Smith and myself.

Sincerely,

Luis Parada

---------------------------------------------
Luis Parada
Associate
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
Direct: +1 202 986 8198
General: +1 202 986 8000
Fax: +1 202 956 3275
lparada@dl.com
www.dl.com