# EXHIBIT C

**IN THE MATTER OF AN ARBITRATION BEFORE THE INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES ("ICSID")**

**BROUGHT UNDER THE DOMINICAN REPUBLIC-CENTRAL AMERICA-UNITED STATES FREE TRADE AGREEMENT ("CAFTA") AND THE INVESTMENT LAW OF EL SALVADOR**

**(ICSID CASE NO. ARB/09/12)**

**BETWEEN:**

**PAC RIM CAYMAN LLC**

*Claimant*

v.

**THE REPUBLIC OF EL SALVADOR**

*Respondent*

_____

# PROCEDURAL ORDER No. 9
_____

THE TRIBUNAL:
Professor Dr Guido Santiago Tawil;
Professor Brigitte Stern; and
V.V.Veeder Esq (President)

Secretary of the Tribunal
Marco Tulio Montañés-Rumayor

DATE: 31 March 2011

1. The Claimant applies, by letters dated 14 and 23 March 2011, for the production by the Respondent of certain documentation arising from Mr Luis Parada's witness statement of 14 March 2011; and the Respondent opposes this application by its first letter dated 17 March 2011.

2. After considering the Parties' correspondence, the Tribunal orders the Respondent forthwith (if and to the extent that it can) to produce certain of the documents requested under items # 1, 3 and 4 of the table in the Claimant's letter dated 14 March 2011, namely: all documentation of whatsoever nature coming into existence during the period from 30 October 2007 to 31 December 2007 relating generally to Mr Parada's possible employment by Crowell & Moring and in particular to the several telephone-calls and meetings between Mr Parada and Crowell & Moring (whether acting by itself or by any partner, employee, legal recruiter or otherwise) described in paragraphs 3 to 8 of Mr Parada's witness statement.

3. The Tribunal otherwise dismisses all other requests made in the Claimant's application for document production, albeit reserving to itself the right at a later date to re-visit this part of its order in the light of future circumstances and also to order the Claimant to make like disclosure of similar documentation, if and to the extent then considered appropriate by the Tribunal.

On behalf of the Tribunal

*[signature]*

V.V. Veeder, QC
(President of the Tribunal)