# EXHIBIT D

**IN THE MATTER OF AN ARBITRATION BEFORE THE INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES ("ICSID")**

**BROUGHT UNDER THE DOMINICAN REPUBLIC-CENTRAL AMERICA-UNITED STATES FREE TRADE AGREEMENT ("CAFTA") AND THE INVESTMENT LAW OF EL SALVADOR**

**(ICSID CASE NO. ARB/09/12)**

**BETWEEN:**

**PAC RIM CAYMAN LLC**

*Claimant*

**v.**

**THE REPUBLIC OF EL SALVADOR**

*Respondent*

_____

## PROCEDURAL ORDER No. 10
_____

THE TRIBUNAL:
Professor Dr Guido Santiago Tawil;
Professor Brigitte Stern; and
V.V.Veeder Esq (President)

Secretary of the Tribunal
Marco Tulio Montañés-Rumayor

DATE: 28 April 2011

A: As regards the Claimant's application to introduce into evidence materials from the Inceysa arbitration, namely the proposed exhibits C-87 to C-92, the Tribunal grants this application.

B: As regards the Respondent's application to introduce Annexes S-1 etc as "confidential" under CAFTA Article 10.21.4, the Tribunal will consider this application further with the Parties at the Hearing next week.

C: As regards the Respondent's application that the Tribunal "authorise" the Respondent to apply for the court subpoena apparently required to procure Mr Parada's telephone records from 1 October 2007 to 31 January 2008, the Tribunal grants such authorisation.

D: As regards the Respondent's application to introduce legal materials from the Commerce Group arbitration, namely the proposed exhibits RL-114 to RL-117, the Tribunal grants this application.

On behalf of the Tribunal

V.V. Veeder, QC
(President of the Tribunal)