# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re Application of:                          )
                                              )
THE REPUBLIC OF EL SALVADOR                    )
                                              )      Case No. 1:11-mc-00255
                                              )      (Kollar-Kotelly, C.)
                          Applicant.           )
                                              )
                                              )
                                              )
                                              )

**AMENDED APPLICATION OF THE REPUBLIC OF EL SALVADOR**
**FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Pursuant to 28 U.S.C. § 1782, the Republic of El Salvador ("El Salvador") respectfully

applies for an order directing Verizon Communications, Inc. ("Verizon") to produce the

documents identified in the attached Proposed Order for use in an international arbitration before

an international arbitral tribunal constituted under the auspices of the International Centre for

Settlement of Investment Disputes ("ICSID") in Washington, DC.

El Salvador meets all three of the statutory requirements for the issuance of an order

compelling the requested discovery.  *First*, Verizon, the target of the discovery, resides within

this district.  *Second*, El Salvador is a party to the ICSID proceeding and is, therefore, an

"interested person" pursuant to Section 1782.  *Third*, the discovery sought is for use in a

proceeding before a foreign or international tribunal.  Moreover, the discretionary factors that

this Court may consider favor the grant of this Application.  For these reasons, a well as the

reasons set forth more fully in the Suggestions in Support of the Application of The Republic of

El Salvador for Discovery Pursuant to 28 U.S.C. § 1782, El Salvador respectfully requests that

its Amended Application be granted.

Dated:  May 2, 2011
        Washington, DC

Respectfully submitted,

DEWEY & LEBOEUF LLP

By: */s/ Lyle Roberts*
    Lyle Roberts
    D.C. Bar Number 464789
    1101 New York Avenue NW
    Suite 1100
    Washington, D.C. 20005
    (202) 346-8000

*Attorneys for the Applicant The Republic of El Salvador*

2